IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-255-RJC-DCK

| | |
|---|---|
| KATHY MOTTOLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANOFI S.A., AVENTIS PHARMA S.A., )<br>and SANOFI-AVENTIS U.S. LLC, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Daniel Kent Bryson, concerning Darin L. Schanker on July 6, 2016. Mr. Darin L. Schanker seeks to appear as counsel *pro hac vice* for Plaintiff Kathy Mottola. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Darin L. Schanker is hereby admitted *pro hac vice* to represent Plaintiff Kathy Mottola.

**SO ORDERED**.

Signed: July 7, 2016

David C. Keesler
United States Magistrate Judge